UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EDWARD R. DUMBRIQUE, | No. 10-CV-1197 PJH (NJV) |
| Plaintiff, | |
| v. | ORDER RE LETTER FILED APRIL 19, 2012 (Docket No. 155.) |
| STEVE NAKAMURA, et al., | |
| Defendants. | |

On April 19, 2012, Plaintiff filed a letter with the Court requesting information as to what a settlement conference statement is. Plaintiff is informed that a settlement conference statement is a statement of the party's position regarding the case and the terms under which the party would be willing to settle the case without further litigation.

Plaintiff also requested a copy of the handbook, "Dispute Resolution Procedures in the Northern District of California." This handbook explains the different types of alternative dispute resolution procedures available in regular civil cases in this district. The Court will send Plaintiff a copy of the handbook.

IT IS SO ORDERED.

Dated: May 10, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EDWARD R. DUMBRIQUE, | No.10-CV-1197 PJH (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| STEVE NAKAMURA, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on May 10, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Edward R. Dumbrique
P27237
Pelican Bay State Prison
P.O. Box 7500
SHU C3-112
Crescent City, CA 95532

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas