**United States District Court**
For the Northern District of California

1

2

3                     UNITED STATES DISTRICT COURT

4                     NORTHERN DISTRICT OF CALIFORNIA

5                            OAKLAND DIVISION

6

7   EDWARD R. DUMBRIQUE,

8                  Plaintiff,                No. C 10-1197 PJH (PR)

9        v.                                  **ORDER DESIGNATING**
                                             **COUNSEL**
10  NANCY ADAM, MATTHEW CATE,
    PAULA CRINKLAW, KAVINTIDA
11  CROSS, WILLIAM FAIR, FRANCISCO
    JACQUEZ, CLARK KELSO, THOMAS
12  MARTINELLI, STEVE NAKAMURA, M.
    NIMROD, SUE RISENHOOVER, and
13  MICHAEL SAYRE,

14                Defendants.
    _____/
15

16        This is a civil rights case filed pro se by a prisoner.  On January 8, 2013, the court

17  reconsidered its earlier denial of plaintiff's motion for appointment of counsel, granted the

18  motion, and asked the Federal Pro Bono Project to locate pro bono counsel.  The Project

19  has located volunteer counsel willing to be appointed to represent plaintiff.  Jon Streeter of

20  Keker & Van Nest LLP, is appointed as counsel for plaintiff for all purposes pursuant to 28

21  U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

22        All proceedings are **STAYED** for four weeks from the date of this order to allow time

23  for Mr. Streeter to familiarize himself with the case.

24        **IT IS SO ORDERED.**

25  Dated:  January 28, 2013.      _____
                                          PHYLLIS J. HAMILTON
26                                      United States District Judge

27  G:\PRO-SE\PJH\CR.10\Dumbrique1197.name counsel.wpd

28