UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EDWARD R. DUMBRIQUE,

    Plaintiff,

    v.

NANCY ADAM, MATTHEW CATE, PAULA CRINKLAW, KAVINTIDA CROSS, WILLIAM FAIR, FRANCISCO JACQUEZ, CLARK KELSO, THOMAS MARTINELLI, STEVE NAKAMURA, M. NIMROD, SUE RISENHOOVER, and MICHAEL SAYRE,

    Defendants.

                           /

No. C 10-1197 PJH (PR)

**ORDER DESIGNATING COUNSEL**

This is a civil rights case filed pro se by a prisoner. On January 8, 2013, the court reconsidered its earlier denial of plaintiff's motion for appointment of counsel, granted the motion, and asked the Federal Pro Bono Project to locate pro bono counsel. The Project has located volunteer counsel willing to be appointed to represent plaintiff. Jon Streeter of Keker & Van Nest LLP, is appointed as counsel for plaintiff for all purposes pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

All proceedings are **STAYED** for four weeks from the date of this order to allow time for Mr. Streeter to familiarize himself with the case.

**IT IS SO ORDERED.**

Dated: January 28, 2013.

                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge

G:\PRO-SE\PJH\CR.10\Dumbrique1197.name counsel.wpd