United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EDWARD R. DUMBRIQUE, | No. 4:10-CV-01197 PJH (NJV) |
| Plaintiff, | ORDER RE SETTLEMENT |
| v. | CONFERENCE STATEMENTS |
| STEVE NAKAMURA, et al., | |
| Defendants. | |

This case is set for a settlement conference on August 30, 2013. (Doc. 176.) Pursuant to the request of the parties, the settlement conference statements shall be emailed to the court no later than August 23, 2013.

IT IS SO ORDERED.

Dated: August 2, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge