UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EDWARD R. DUMBRIQUE,<br><br>      Plaintiff,<br>  v.<br><br>STEVE NAKAMURA, et al.,<br><br>      Defendants.<br>_____/ | No. 4:10-CV-01197 PJH  (NJV)<br><br>ORDER RE SETTLEMENT<br>CONFERENCE STATEMENTS |

This case is set for a settlement conference on August 30, 2013.  (Doc.  176.)  Pursuant to the request of the parties, the settlement conference statements shall be emailed to the court no later than August 23, 2013.

IT IS SO ORDERED.

Dated: August 2, 2013

                                                    NANDOR J. VADAS<br>
                                                  United States Magistrate Judge