KAMALA D. HARRIS
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
KYLE A. LEWIS
Deputy Attorney General
State Bar No. 201041
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5500
  Facsimile:  (415) 703-5843
  E-mail: Kyle.Lewis@doj.ca.gov

*Attorneys for Defendants Nakamura, Crinklaw, and Sayre*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND

| | |
|---|---|
| EDWARD R. DUMBRIQUE,<br><br>                Plaintiff,<br><br>v.<br><br>STEVE NAKAMURA,<br><br>                Defendants. | Case No. C 10-1197 PJH (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** AND ORDER<br><br>Judge:      The Honorable Phyllis J. Hamilton<br>Trial Date:  March 17, 2014<br>Action Filed: March 23, 2010 |

    Plaintiff Edward R. Dumbrique and Defendants Nakamura, Crinklaw, and Sayre have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

//

//

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 10-1197 PJH (PR))

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 8/30/2013

Eugene Paige
Nikki Vo
Rebekah Punak
KEKER & VAN NEST LLP
*Attorneys for Plaintiff Edward R. Dumbrique*

Dated: 8/30/2013

Kyle A. Lewis
Deputy Attorney General
Office of the Attorney General, State of California
*Attorney for Defendants Nakamura, Crinklaw, and Sayre*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

Dated: 8/30/13

The Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 10-1197 PJH (PR))

# CERTIFICATE OF SERVICE

Case Name:   **E. Dumbrique v. S. Nakamura, et al.**          No.   **C 10-1197 PJH (PR)**

I hereby certify that on **August 30, 2013**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 30, 2013**, at San Francisco, California.

|  |  |
|---|---|
| D. Criswell | *s/ D. Criswell* |
| Declarant | Signature |

40757469.doc