1  KAMALA D. HARRIS
   Attorney General of California
2  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
3  KYLE A. LEWIS
   Deputy Attorney General
4  State Bar No. 201041
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5500
6   Facsimile:  (415) 703-5843
    E-mail: Kyle.Lewis@doj.ca.gov
7
   *Attorneys for Defendants Nakamura,*
8  *Crinklaw, and Sayre*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| EDWARD R. DUMBRIQUE, | Case No. C 10-1197 PJH (PR) |
|---|---|
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** (Fed. R. Civ. P. 41(a)(1)(A)(ii)) AND ORDER |
| v. | Judge: The Honorable Phyllis J. Hamilton |
| STEVE NAKAMURA, | Trial Date: March 17, 2014 |
| Defendants. | Action Filed: March 23, 2010 |

  Plaintiff Edward R. Dumbrique and Defendants Nakamura, Crinklaw, and Sayre have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

//

//

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 10-1197 PJH (PR))

1 | Each party shall bear its own litigation costs and attorney's fees.

2 | It is so stipulated.

3

4 | Dated: 8/30/2013

Eugene Paige
Nikki Vo
Rebekah Punak
KEKER & VAN NEST LLP
*Attorneys for Plaintiff Edward R. Dumbrique*

8 | Dated: 8/30/2013

Kyle A. Lewis
Deputy Attorney General
Office of the Attorney General, State of California
*Attorney for Defendants Nakamura, Crinklaw, and Sayre*

14 | In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

17 | Dated: 8/30/13

The Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 10-1197 PJH (PR))

# CERTIFICATE OF SERVICE

Case Name:   **E. Dumbrique v. S. Nakamura, et al.**   No.   **C 10-1197 PJH (PR)**

I hereby certify that on **August 30, 2013**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 30, 2013**, at San Francisco, California.

| D. Criswell | *s/ D. Criswell* |
|---|---|
| Declarant | Signature |

40757469.doc