IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edward Dumbrique,<br><br>    Plaintiff,<br><br>        v<br><br>Steve Nakamura,<br><br>    Defendants. | Case No.  C 10-1197 PJH (NJV)<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on August 30, 2013 in San Francisco. The results of that proceeding are indicated below:

(1)   The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒  Plaintiff (by phone) and Plaintiff's counsel, Eugene M. Paige, Nikki K. Vo, and Rebekah Leigh Punak

☐  Warden or warden's representative

☒  Office of the California Attorney General, Kyle Lewis

☒  Other: California Department of Corrections and Rehabilitation , Suzanne Pyne

(2)   The following individuals, parties, and/or representatives did not appear:

(3)   The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date:   September 6, 2013

_____
Nandor J. Vadas
United States Magistrate Judge